UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                         :

RAÚL BRINDIS and MARIO GOMEZ,        :

                         :

                Plaintiff,    :                        26-CV-4149 (VSB)

                         :

            -against-      :

                         :                        **ORDER**

TELEVISAUNIVISION, INC., CINDY HILL,  :
individually and as agent of TelevisaUnivision,  :
Inc., FRANK LA FONTAINE, individually and  :
as agent of TelevisaUnivision, Inc.,      :

                         :

               Defendants.   :

                         :
------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On June 10, 2026,[1] Plaintiffs filed an amended complaint pursuant to Federal Rule of

Civil Procedure 15(a)(1)(B).  (Doc. 19.)  "[W]hen a plaintiff properly amends [a] complaint after

a defendant has filed a motion to dismiss that is still pending, the district court has the option of

either denying the pending motion as moot or evaluating the motion in light of the facts alleged

in the amended complaint."  *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d

Cir. 2020).  Defendant TelevisaUnivision, Inc. previously filed motions to dismiss, (Doc. 11,[2]

Doc. 20), and has filed a letter stating that it "requests that its pending motions to dismiss (Dkts.

11, 20) should be deemed moot without prejudice to refile a new motion to dismiss in

accordance with Federal Rule of Civil Procedure 15(a)(3)."  (Doc. 23.)  Accordingly, it is

---

[1] Plaintiffs initially filed the amended complaint on June 9, 2026, (Doc. 17), the day that their response to Defendant TelavisaUnivision, Inc.'s motion to dismiss was due.  However, the motion to dismiss was noted as having a filing error because it was filed against the incorrect party.  (*See id.*)

[2] Defendant TelevisaUnivision, Inc. initially filed a motion to dismiss on May 26, 2026.  (Doc. 11.)  However, on June 12, 2026, the motion to dismiss was noted as having a filing error because the wrong event type was selected.  (*See id.*)  Thus, Defendant TelavisaUnivision, Inc. filed a motion to dismiss on June 12, 2026.  (*See* Doc. 20.)

1

hereby:

ORDERED that the motion to dismiss filed at Doc. 20 is DENIED as moot.  The Clerk of

Court is respectfully directed to terminate the open motion at Doc. 20.

SO ORDERED.

Dated:  June 22, 2026
        New York, New York

Vernon S. Broderick
United States District Judge