UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2026

MARIO GOMEZ, *et al.*,

                    Plaintiffs,

          -v-

TELAVISAUNIVISION, INC., *et al.*,

                    Defendants.

**ORDER**

26-CV-4149 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On May 18, 2026, Defendant TelavisaUnivision, Inc. ("TelavisaUnivision") removed this case from New York County Supreme Court. ECF No. 1. On June 17, 2026, Plaintiffs filed a motion to remand this case back to state court. ECF No. 22 (the "Remand Motion"). On June 23, 2026, TelavisaUnivision filed a motion to dismiss Plaintiffs' first amended complaint. ECF No. 27 (the "Motion to Dismiss").

Pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the deadline for TelavisaUnivision to respond to the Remand Motion is **July 1, 2026**. Plaintiffs' reply is due by **July 8, 2026.**

Plaintiffs shall file a response to the Motion to Dismiss by **July 7, 2026**. TelavisaUnivision's reply is due by **July 14, 2026**.

Additionally, Rule 4(m) of the Federal Rules of Civil Procedure's "[90]-day period for service begins to run on the date of removal." *Kogan v. Facebook, Inc.*,

1

334 F.R.D. 393, 399 n.3 (S.D.N.Y. 2020).  Therefore, any unserved defendants must be served by **August 17, 2026**.

**SO ORDERED.**

Dated: July 1, 2026
     New York, New York

Henry J. Ricardo
United States Magistrate Judge