USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO GOMEZ, *et al.*,

Plaintiffs,

-v-

TELAVISAUNIVISION, INC., *et al.*,

Defendants.

**ORDER**

26-CV-4149 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 29, 2026, Plaintiffs filed a Second Amended Complaint, ECF No. 73 ("SAC"). So far as the docket reflects, Plaintiff was not granted leave to file a further amended pleading, such that the SAC is in violation of Rule 15(a)(2) of the Federal Rules of Civil Procedure. Therefore, by **October 7, 2026**, Plaintiff shall file a letter explaining why the SAC should not be stricken.

Also by **October 7, 2026**, the parties shall file a joint letter explaining how the SAC affects: (1) the motions referred to the undersigned, namely Plaintiff's Motion to Remand, ECF No. 22, and Defendant TelavisaUnivision's Motion to Dismiss, ECF No. 27, and (2) Defendants Hill and La Fontaine's Amended Motions to Dismiss, ECF Nos. 63 and 65, which have not been referred.

**SO ORDERED.**

Dated: October 2, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge