USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 10/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO GOMEZ, *et al.*,

Plaintiffs,

-v-

TELAVISAUNIVISION, INC., *et al.*,

Defendants.

**ORDER**

26-CV-4149 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint letter, ECF No. 79, and Plaintiffs' motion for leave to file a second amended complaint, ECF No. 80 (the "Motion for Leave"). The undersigned will construe the Motion for Leave as a request for a pre-motion conference pursuant to Rule II(B) of the undersigned's Individual Rules and Practices for Civil Cases. Defendants shall file a two-page letter response to the Motion for Leave by **October 21, 2026**. The undersigned will hold a conference on **October 28, 2026** at **10:30 a.m.** to address the Motion for Leave. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 533 906 489#).

**SO ORDERED.**

Dated: October 15, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge