USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO GOMEZ, *et al.*,

Plaintiffs,

-v-

TELAVISAUNIVISION, INC., *et al.*,

Defendants.

**ORDER**

26-CV-4149 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' letter motion, ECF No. 82 (the "Letter Motion"), requesting to adjourn the conference currently scheduled for October 28, 2026. The Letter Motion is **GRANTED**. The conference is adjourned to **October 27, 2026** at **4:30 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 533 906 489#).

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 82 as **GRANTED**.

**SO ORDERED.**

Dated: October 19, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge