UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO GOMEZ, *et al*,<br><br>Plaintiff,<br><br>-against-<br><br>TELEVISAUNIVISION, INC., *et al*,<br><br>Defendants. | 26-CV-4149 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

On September 29, 2026, Plaintiffs Raul Rindis and Mario Gomez (collectively, "Plaintiffs") filed a second amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). (Doc. 73.) Plaintiffs subsequently filed their motion for leave to file the second amended complaint on October 7, 2026. (Doc. 80.) Following a conference with the parties on October 27, 2026, Magistrate Judge Ricardo granted Plaintiffs' motion for leave on October 29, 2026. (Doc. 87.) "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint." *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020). Defendants TelevisaUnivision, Inc., Cindy Hill, and Frank La Fontaine (collectively, "Defendants") each filed separate motions to dismiss Plaintiff's first amended complaint. (Docs. 27, 57, 60, 63, 65.) On October 29, 2026, Defendants filed a letter requesting that I issue an order "deeming moot, without prejudice to refiling, the pending motions to dismiss Plaintiffs' First Amended Complaint." (Doc. 88.) Accordingly, it is hereby:

ORDERED that Defendants' motions to dismiss at Documents 27, 57, 60, 63, and 65 are DENIED as moot, without prejudice to refiling.

IT IS FURTHER ORDERED that all briefing deadlines on motions to dismiss Plaintiffs' Second Amended Complaint are hereby STAYED pending a decision on Defendants' motion to remand, (Doc. 22).

The Clerk of Court is respectfully directed to terminate the open motions at Documents 27, 57, 60, 63, 65, and 88.

SO ORDERED.

Dated: October 30, 2026
New York, New York

Vernon S. Broderick
United States District Judge